**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EPHOCA, INC. | ) | **CASE NO. 5:26-cv-1179** |
| | ) | |
| Plaintiff | ) | **JUDGE:** |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES REYNA | ) | |
| | ) | |
| Defendant | ) | |

---

**Order Granting Temporary Restraining Order**

---

This matter came before the Court on the Motion of Plaintiff Ephoca, Inc. ("Ephoca") under Rules 65 of the Federal Rules of Civil Procedure, and 15 U.S.C. § 1116(a), for a temporary restraining order and preliminary injunction against Defendant James Reyna ("Reyna").

The Court has considered the Motion and the Verified Complaint. After being sufficiently advised, the Court finds a temporary restraining order is warranted to prevent Reyna from infringing on Ephoca's registered trademark, "AIO" (U.S. Reg. No. 6816737).

The Court finds that Ephoca has shown a likelihood of success on the merits of its claims, that Ephoca will suffer irreparable harm without the issuance of a temporary restraining order, that no third parties will be unjustifiably harmed if a temporary restraining order is issued, and that a temporary restraining order will serve the public interest. As a result, Ephoca's Motion for Temporary Restraining Order meets the requirements of Rule 65 of the Federal Rules of Civil Procedure and 15 U.S.C. § 1116(a) and therefore the Court **GRANTS** the Motion for Temporary Restraining Order filed by Ephoca.

Accordingly, the Court hereby **ORDERS** that Defendant James Reyna, for the next fourteen (14) days or until further order of the Court, whichever is later, is enjoined and prohibited from:

A.      use of the "AIO" or "Ephoca" marks on any platform, account, channel, handle, profile or page, including but not limited to @aiohpacsolutions Instagram account (doing business as "AIO HPAC SOLUTIONS"), HVAC Technical Solutions Instagram account, and the "AIO HVAC EPHOCA" YouTube channel (handle @AIOHVACTECH);

B.      accessing or otherwise using the aiohpacsolutions@gmail.com account, the above Instagram accounts, and the YouTube channel (handle @AIOHVACTECH); and

C.      deleting, altering, or destroying the aiohpacsolutions@gmail.com account, any information contained or stored therein, and any digital assets or data belonging to Ephoca.

Following any appearance by the Defendant, the Court will schedule this matter for further hearing as appropriate.

This Order shall take effect immediately. Ephoca is not required to post a bond.

**IT IS SO ORDERED.**

Date: 7/15/2026

 /s/ John R. Adams
United States District Court Judge